IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FINGER OIL & GAS, INC. § | | |
|     Plaintiff, § | | |
| § | | CIVIL ACTION NO. |
| VS. § | | 5:20-CV-00712-RBF |
| § | | |
| MID-CONTINENT CASUALTY § | | |
| COMPANY, MARSH USA, INC., § | | |
| and KAREN OLIVIA § | | |
|     Defendants. § | | |

## PLAINTIFF'S SUPPLEMENTAL DESIGNATION OF POTENTIAL WITNESSES, TESTIFYING EXPERTS, AND PROPOSED EXHIBITS

Plaintiff, FINGER OIL & GAS, INC., hereby submits the following Supplemental Designation of Potential Witnesses, Testifying Experts and Proposed Exhibits:

## POTENTIAL WITNESSES

Joseph Melvin Finger, Jr., Finger Oil & Gas, Inc., c/o Thomas C. Hall, Thomas C. Hall, PC, 110 Broadway, Ste. 550, San Antonio, TX 78205, 210/222-2000. Mr. Finger is the owner of Finger Oil & Gas, Inc., Plaintiff, and has knowledge and information regarding the claims made the basis of this suit, as well as the damages claimed.

Shelli Finger, c/o Thomas C. Hall, Thomas C. Hall, PC, 110 Broadway, Ste. 550, San Antonio, TX 78205, 210/222-2000. Plaintiff's wife. Mrs. Finger also has knowledge and information regarding the claims made the basis of this suit, as well as the damages claimed.

Mid-Continent Casualty Company, and employees, agents, adjusters and officers, including Rod Evans (wrote the letter denying coverage), Yolanda Gautier (wrote a reserve submission), Michael Brader (wrote an inter-office memo talking about exclusion A in the denial letter), Kelsey Mason (involved in the termination of coverage), Edward Sheve (involved in determining coverage under the policy), and c/o R. Brent Cooper and Aaron G. Stendell, Cooper & Scully, P.C., 900 Jackson Street, Suite 100, Dallas, TX 75202, 214/712-9500. Defendant Mid-Continent, and its employees, agents adjuster and officers, have knowledge and information regarding the Plaintiff's claim made the basis of this suit, and their denial of the same.

Marsh USA, Inc., and employees, agents, adjusters and officers, including Defendant, Karen Olivia and Account Manager, Desiree Scrimger, c/o Jonathan D. Neerman, Lindsey March Brown, Josue J. Galvan, Jackson Walker, LLP, 2323 Ross Avenue, Ste. 600, Dallas, TX 75201, 214/953-6000. Defendants Marsh and Olivia, and Marsh's employees, agents adjuster and officers, have knowledge and information regarding the Plaintiff's claim made the basis of this suit, and their denial of the same.

Daniel P. Salazar, Jr., CIA Custard Insurance Adjusters, 5151 Flynn Parkway, Ste. 412-S, Corpus Christi, TX 78411, 361/853-0449. Adjuster.

The following have knowledge and information regarding the blow out of the well made the basis of Plaintiff's claim, and/or damages stemming from the same, and the reasonableness and necessity of services and bills:

Richard Flores, V. Reyes, I. Cervantez, V. Hernandez, Tenerio, J. Chavez and A. Yanez, Freddy's Well Service, Inc., 190 Old Goliad Road, Victoria, TX 77905, 361/579-4559.

Carol Drushel and Lon Drushel, 401 Progress, Edna, TX 77957, 361/781-4418. Landowner.

Pauline Crisp, Field Inspector, Railroad Commission of Texas, 112 E. Pecan Street, Ste. 705, San Antonio, TX 78205, 210/227-1313.

Bhavesh Ranka, P.E., Zeke Jones, Rusty Jones, Christopher Brown, Christopher Clark, Denton Simek, Gene Montgomery, Clint Clark and John Hatteburg, Cudd Well Control, 2828 Technology Forest Blvd., The Woodlands, TX 77381, 713/849-2769.

John Fischer, Gary Wrinkle and Gerald Franklin, R.W. Dirks, PO Drawer 200, Tuleta, TS 78162, 361/375-2194.

D-A-M Services, Inc., PO Box 611, El Campo, TX 77437, 979-543-7041.

Terry Brandl, Terry Brandl Welding, Inc., 3333 CR 387 Road, El Campo, TX 77437, 979/543-0149.

Joseph Moya, JM Pressure Pumping, LLC, PO Box 534, Refugio, TX 78377, 361/646-3360.

C. Charrula, P.L.P.S. Inc., PO Box 700, Pearland, TX 77588, 281/992-7577.

Crossroads Oil Field Supply, Ltd., PO Box 1546, El Campo, TX 77437, 979/543-8698.

Ryan Services, PO Box 348, El Campo, TX 77437, 979/543-3703.

Juan Garcia Flores, Texas Energy Services, LLC, PO Box 2108, Alice, TX 78333, 361/664-5020.

Dalton Crane, L.C., PO Box 725, Edina, TX 77957, 361/781-0530.

Bhavesh Ranka, c/o Charles Greenough, McAfee & Taft, Two W. Second Street, Ste. 1100, Tulsa, OK 74103, 918/574-3005. Mr. Ranka was the engineer who dealt with Finger on the operations and billing on the project, and the reasonableness and necessity of Cudd's services and billing.

**TESTIFYING EXPERTS**

Thomas C. Hall, 110 Broadway, Ste. 550, San Antonio, TX 78205, 210/222-2000. Mr. Hall is counsel for Plaintiff, Finger Oil & Gas, Inc., who will testify as to attorneys' fees and that the attorneys' fees incurred in this case are reasonable and necessary, that the expenses related to same are also reasonable and necessary, that the fees estimated for any appeal of this case are reasonable and necessary, and whether the attorneys' fees sought by Plaintiff are reasonable and necessary. His opinion may be based, in part, upon his review of the discovery responses and pleadings filed to date and to be filed, background, experience, education, training, research, and review of documents produced to date and to be produced in this matter. Please see attached Supplemental Report and attachments herein.

Bhavesh Ranka, c/o Charles Greenough, McAfee & Taft, Two W. Second Street, Ste. 1100, Tulsa, OK 74103, 918/574-3005. Mr. Ranka was the engineer who dealt with Finger on the operations and billing on the project, and the reasonableness and necessity of Cudd's services and billing.

**PROPOSED EXHIBITS**

(a)     invoices from various contractors who worked on the blow out set forth above

(b)     invoices, memoranda, emails, and correspondence between Defendants and Plaintiffs concerning coverage under the policy in question, reservations of rights, denial of coverage, and coverage issues, which have been produced by Defendant Mid-Continent herein

( c )    time keeping records concerning attorney's fees

(d)     documentation and reports regarding the well blow out

(e)     documents sent and received in discovery

Respectfully submitted,

THOMAS C. HALL, P.C.

By: */s/ Thomas C. Hall*
_____
Thomas C. Hall
110 Broadway, Suite 550
San Antonio, TX 78205
State Bar #: 08774550
Facsimile: 210/222-1156
Email: hall@tomhall-lawyer.com and
rachelle@tomhall-lawyer.com
Telephone: 210/222-2000
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing instrument was served on the following counsel via Court's ECF system service, pursuant to Rule 5 of the Federal Rules of Civil Procedure, on this __19th__ day of July, 2021:

| | |
|---|---|
| R. Brent Cooper<br>Brent.Cooper@cooperscully.com<br>Aaron G. Stendell<br>Aaron.Stendell@cooperscully.com<br>Cooper & Scully, P.C.<br>900 Jackson Street, Suite 100<br>Dallas, TX 75202<br>**ATTORNEYS FOR MID-CONTINENT CASUALTY COMPANY** | Jonathan D. Neerman<br>Jneerman@jw.com<br>Lindsey March Brown<br>lbrown@jw.com<br>Josue J. Galvan<br>Jgalvan@jw.com<br>Jackson Walker, LLP<br>2323 Ross Avenue, Ste. 600<br>Dallas, TX 75201<br>**ATTORNEYS FOR MARSH USA, INC.** |

*/s/ Thomas C. Hall*
_____
Thomas C. Hall