ATTACHMENTS

# TH
## LAW OFFICES OF TOM HALL
### A Professional Corporation
Board Certified Personal Injury Trial Law Texas Board of Legal Specialization

July 19, 2021

### SUPPLEMENTAL REPORT

TO WHOM IT MAY CONCERN:

Re: <u>Finger Oil & Gas, Inc. v. Mid-Continent Casualty Company, et al.</u>; In the United States District Court for the Western District of Texas; Civil Action No. 5:20-CV-00712-XR

Since my initial report of April 11, 2021, I have expended a total of additional hours on this case of <u>48.45</u> hours. A copy of the current time sheets are attached hereto, along with the initial report, time sheets and CV.

Sincerely,

*[signature]*

Thomas C. Hall

110 Broadway, Suite 550, San Antonio, TX 78205
Phone (210) 222-2000 ◆ Fax (210) 222-1156 ◆ E-Mail: hall@tomhall-lawyer.com ◆ www.tomhall-lawyer.com

Finger

10/19/20 Rev. Prod. 3.5
10/20 Research 1.75
" 1.00
10/20 PT Conf. .5
10/22 Am Pet. .75
10/22 Rev. Prod. .5
10/23 Am. Comp. .25
10/30 t/c & revised Ad. .5
11/22 Research 2.5
12/4 Letter Avenoagh 1.0
12/9 hearing 4.5
1/14 Order .75
Email .1
MTC .75
1/21/21 Adv. Count .5
Disclosure .75
1/26 P/C Keerman .25
1/29 Rev. Order .5
2/1 email Stendell .1
2/3 " "
2/3 Depo notice .5
2/11 Depo Prep 1.75

| Date | Task | Hours |
|---|---|---|
| 2/24 | Depo prep & Depo | 2.5 |
| | p/c Aaron | .1 |
| | review bills | .5 |
| | e mail JN | .2 |
| | p/c JN | .1 |
| | e mail JN | .2 |
| 2/26 | Review Depo | .75 |
| 2/26 | Emails AS | .2 |
| 2/26 | Depo prep Gauthier | 1.5 |
| 3/1 | Depo prep " | 2.5 |
| | " " | .75 |
| 3/15 | Depo prep | .75 |
| 3/16 | Resp Disc | 1.0 |
| 3/17 | Depo prep | 2.0 |
| 3/18 | " | 1.25 |
| 3/18 | " | 1.5 |
| 3/22 | " | 1.75 |
| 3/22 | Depo prep | 2.0 |
| 3/23 | Depo | .5 |
| | p/c OC | .2 |

```
4/8   discovery  .5                55
4/12  Report    1.0         39.
5/4   Supp disc + 0 rods  1.25
5/7     "
                            1.5
      Clips Isantim   1.25
5/24  Dep prep        1.5
5/26    "  "          2.5
5/27  Prep + Depo    2.25
6/3   pc OC           .25
6/8   MSG            7 hrs
6/14   "             3.75
6/15   "             6.0
6/16   "             7.25
6/17   "             4.0
6/17  pc Cl           .5
6/21  MSG            2.75
6/28  MSG            1.5
```

7/6 MSJ    2.5
7/7   "    1.4
7/9        8.0
7/12       2.5
7/19 Report .5   48.45



## LAW OFFICES OF TOM HALL
A Professional Corporation
Board Certified Personal Injury Trial Law Texas Board of Legal Specialization

April 11, 2021

TO WHOM IT MAY CONCERN:

    Re:    <u>Finger Oil & Gas, Inc. v. Mid-Continent Casualty Company, et al.</u>; In the United States District Court for the Western District of Texas; Civil Action No. 5:20-CV-00712-XR

My name is Tom Hall. I have been a lawyer since being admitted to the Texas Bar in 1977. My practice has consisted of litigation of various sorts, including personal injury, commercial litigation, breach of contract and insurance law among others.

I am familiar with reasonable and necessary attorney's fees in pursuit of cases such as the one at bar as a result of my having been involved in many such cases over my career. I am aware that factors determining the reasonableness of a fee include:

(1)     the time and labor required, the novelty and difficulty of the questions involved, and the skill required to perform the legal service properly;

(2)     the likelihood ... that the acceptance of the particular employment will preclude other employment by the lawyer;

(3)     the fee customarily charged in the locality for similar legal services;

(4)     the amount involved and the results obtained;

(5)     the time limitations imposed by the client or by the circumstances;

(6)     the nature and length of the professional relationship with the client;

(7)     the experience, reputation, and ability of the lawyer or lawyers performing the services; and

(8)     whether the fee is fixed or contingent on results obtained or uncertainty of collection before the legal services have been rendered.

April 11, 2021
Page two

    My contract with the Plaintiff in this case is a contingent fee arrangement, which contract had been previously produced in discovery to Defendants herein.

    I have maintained time records in this case, a copy of which is attached hereto, and, to date, have spent 39.55 hours in this case. It is my opinion, based upon my education, background, training and experience, that those hours, to date, were necessary in pursuit of this claim, and that $400.00 an hour is a reasonable fee for my services, based upon my education, experience, background and training. I anticipate that, at the time of trial, that I will testify as to the reasonableness and necessity of attorney's fees through the trial of this case, and any appellate proceedings hereafter.

    Sincerely,

*/s/ Thomas C. Hall*
_____
Thomas C. Hall

# CURRICULUM VITAE

Thomas C. Hall
Thomas C. Hall, P.C.
110 Broadway, Ste. 550
San Antonio, TX 78205
hall@tomhall-lawyer.com
(210)222-2000

**Bar Admissions:**

Texas, 1977

U.S. District Court Southern District of Texas, 1977

U.S. District Court Western District of Texas, 1977

U.S. Court of Appeals 5th Circuit, 1977

**Education:**

The University of Texas School of Law, Austin, Texas, 1977
J.D.

Duke University, Durham, NC, USA, 1973
B.A.
Major: Economics

**Professional Associations and Memberships:**

San Antonio Trial Lawyers Association
Member

Texas Trial Lawyers Association
Member

The Association of Trial Lawyer of America
Member

American Board of Trial Advocates
Member

**Areas of Practice:**

Personal Injury Law
Medical Malpractice
Products Liability
Nursing Home Abuse and Neglect
Wrongful Termination
Wrongful Death

**Board Certified in Personal Injury by the Texas Board of Legal Specialization**

Fuger

| Date | Task | Hours |
|---|---|---|
| 10/19/20 | Rev. Prod. | 3.5 |
| 10/20 | Research | 1.75 |
| " | " | 1.00 |
| 10/20 | PT Conf. | .5 |
| 10/22 | Am. Pet. | .75 |
| 10/22 | Rev. Prod. | .5 |
| 10/23 | Am. Comp. | .25 |
| 10/30 | T/C & Revised Ad. | .5 |
| 11/23 | Research | 2.5 |
| 12/4 | Letter Greenough | 1.0 |
| 12/9 | hearing | .5 |
| 1/14 | Order | .75 |
|  | Email | .1 |
|  | MTC | .75 |
| 1/21/21 | Adv. Conf. | .5 |
|  | Disclosure | .75 |
| 1/26 | P/C Neerman | .25 |
| 1/29 | Rev. Order | .25 |
| 2/1 | email Stendell | .1 |
| 2/3 | " | " |
| 2/3 | Depo notes | .5 |
| 2/11 | Depo prep | 1.75 |

2/24 Depo prep & Depo 2.5
p/c Aaron .1
review bills .5
e mail J.N. .2
p/c JN .1
e mail JN .2
2/26 Review Depo .75
2/26 Emails AS .2
2/26 Depo prep Gautier 1.5
3/1 Depo prep " 2.5
" " .75
3/15 Depo prep .75
3/16 Resp Disc 1.0
3/17 Depo prep 2.0
3/16 " 1.25
3/18 " 1.5
3/22 " 1.75
3/22 Depo prep 2.0
3/23 Depo .5
p/c O.C. .2

4/8 discovery .5 55
4/12 Report 1.0 39.